UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Raphael Perez-Leal,

Petitioner,

v.

Immigration and Naturalization Service, and Constance Reese, Warden, FMC-Rochester,

Respondents.

Civ. File No. 01-1577 (PAM/RLE)

**ORDER**

---

This matter is before the Court on Petitioner Raphael Perez-Leal's request for leave to proceed in forma pauperis to pursue an appeal of this Court's June 14, 2002, Order denying his Petition under 28 U.S.C. § 2241. Because Petitioner was permitted to proceed in forma pauperis at the district-court level, he may proceed on appeal in forma pauperis without further authorization, unless the Court determines that the appeal is not taken in good faith or finds that he is not otherwise entitled to proceed in forma pauperis. Fed. R. App. P. 24(a)(3). Although permission to proceed in forma pauperis is not technically necessary, for the sake of clarity the Court finds that Petitioner's appeal is taken in good faith and that Petitioner may continue in forma pauperis.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner's request to proceed in forma pauperis on appeal (Clerk Doc. No. 13) is **GRANTED**.

Dated: August 23, 2002

Paul A. Magnuson
United States District Court Judge

FILED AUG 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________